MATTHEW A. YOUNG (BAR NO. 266291)
matt.young@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Defendant IDAHOAN FOODS LLC, a Delaware company d/b/a WWW.IDAHOAN.COM

SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
(310) 255-6100

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

TAWNYA RODRIGUEZ, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

IDAHOAN FOODS LLC, a Delaware company d/b/a WWW.IDAHOAN.COM,

Defendant.

Case No. 2:25-cv-04357-DMG-AS

Assigned to Hon. Dolly M. Gee

**DEFENDANT IDAHOAN FOODS LLC, a Delaware company d/b/a WWW.IDAHOAN.COM'S NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AND LACK OF SUBJECT MATTER JURISDICTION; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF MATTHEW A. YOUNG IN SUPPORT THEREOF**

*[Filed concurrently with Memorandum of Points and Authorities; Request for Judicial Notice; Declaration of Matthew A. Young; and [Proposed] Order]*

Date August 29, 2025
Time: 9:30 a.m.
Crtrm.: 8C

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on August 29, 2025 at 9:30 a.m., or as soon thereafter as the motion and counsel may be heard at the United States Courthouse

located at 350 West First Street, Courtroom #8C, 8th Floor, Los Angeles, California 90012, Defendant Idahoan Foods LLC, a Delaware company d/b/a WWW.IDAHOAN.COM ("Defendant") will, and hereby does move this Court, under Rules 12(b)(1) and (6), and 23(d) of the Federal Rules of Civil Procedure, to dismiss Plaintiff's Complaint on the grounds for failure to state a claim upon which relief can be granted and for lack of subject matter jurisdiction. In the alternative, the court should strike Plaintiff's class allegations. More specifically:

1. Plaintiff lacks standing;
2. The statute is not applicable to internet communications; and
3. Plaintiff's class definition should be stricken as it is an impermissible "fail safe" class since reasonable expectation of privacy is a fact specific issue.

The Motion is based upon this Notice of Motion, the attached Memorandum of Points and Authorities, the Declaration Matthew A. Young re: Meet and Confer, the Request for Judicial Notice filed concurrently herewith, the [Proposed] Order lodged concurrently herewith, the Court's file on this matter, and upon such and further evidence and argument as may be presented prior to or at the time of the hearing on this Motion. This Motion is made following multiple discussions held between counsel from May 5, 2025 through July 14, 2025. *See* Declaration of Matthew A. Young, ¶ 3.

DATED: July 21, 2025

SAUL EWING LLP

By: /s/ *Matthew A. Young*
MATTHEW A. YOUNG
Attorneys for Defendant IDAHOAN FOODS LLC, a Delaware company d/b/a WWW.IDAHOAN.COM

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100