Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
23586 Calabasas Rd., Suite 105
Calabasas, CA 91302
Phone: 323-306-4234
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAWNYA RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IDAHOAN FOODS LLC, a Delaware company d/b/a WWW.IDAHOAN.COM,<br><br>Defendant. | Case No.<br><br>2:25-cv-04357-DMG-AS<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFF, by and through her attorney, to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this

matter until fully resolved.

Dated: August 25, 2025

        LAW OFFICES OF TODD M. FRIEDMAN, P.C.

        By:  /s/ Todd M. Friedman
              Todd M. Friedman
              Law Offices of Todd M. Friedman, P.C.
              Attorney for Plaintiff

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On August 25, 2025, I served a true copy of the Notice of Settlement on all counsel of record via the ECF Filing System:

Executed on August 25, 2025.

[X] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By:  /s/ Todd M. Friedman
     Todd M. Friedman, Esq.
     Attorney for Plaintiff