Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
23586 Calabasas Rd., Suite 105
Calabasas, CA 91302
Telephone: (323) 306-4234
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAWNYA RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IDAHOAN FOODS LLC, a Delaware company d/b/a WWW.IDAHOAN.COM,<br><br>Defendant. | Case No.<br><br>2:25-cv-04357-DMG-AS<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to Plaintiff's individual claims and without prejudice as to the putative Class pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees. A proposed order has been concurrently submitted to this Court via email.

///

///

Stipulation to Dismiss- 1

Respectfully submitted October 27, 2025

By: /s/ Todd M. Friedman
Todd M. Friedman
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

By: /s/ Matthew A Young
Matthew A Young
Saul Ewing LLP
Attorney for Idahoan Foods LLC

## Signature Certification

Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to counsel for Idahoan Foods LLC and that I have obtained their authorization to affix their electronic signature to this document.

Dated: October 27, 2025

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By: /s/ Todd M. Friedman
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

Filed electronically on this 27th Day of October, 2025, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge of the Court
United States District Court

All Counsel of Record as Recorded On The Electronic Service List.

This 27th Day of October, 2025.

By: /s/ Todd M. Friedman
    Todd M. Friedman
    Attorney for Plaintiff