# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAWNYA RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IDAHOAN FOODS LLC, a Delaware company d/b/a WWW.IDAHOAN.COM,<br><br>Defendant. | No. CV 25-4357-DMG (ASx)<br><br>**ORDER TO DISMISS WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO CLASS CLAIMS [27]** |

1  **IT IS HEREBY ORDERED** that pursuant to the Stipulation of the Parties
2  [Doc. # 27], the above-captioned action is **dismissed in its entirety with**
3  **prejudice** as to the named Plaintiff, and **without prejudice** as to the Putative
4  Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure
5  41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

7  DATED:  October 28, 2025

                                              _____
                                                          DOLLY M. GEE
                                                  CHIEF U.S. DISTRICT JUDGE